BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, Appellant, *v.* DANIEL E. FINN, Respondent.

Argued January 5, 1939; decided February 21, 1939.

500

*Arthur Hutter* and *George Weiss* for appellant.

*David Segal* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: O'BRIEN and RIPPEY, JJ. Taking no part: LEHMAN, J.